IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT KNOXVILLE

JANUARY 1998 SESSION

FILED

March 25, 1998

Cecil Crowson, Jr.
Appellate Court Clerk

NELSON B. GRAVES,                )
                                 )
          Appellant,             )          No. 01C01-9705-CR-00171
                                 )
                                 )          Johnson County
v.                               )
                                 )          Honorable Lynn W. Brown, Judge
                                 )
HOWARD CARLTON, WARDEN,)                    (Habeas Corpus)
and STATE OF TENNESSEE,     )
                                 )
          Appellees.             )


**CONCURRING OPINION**


        I concur in the results and most of the reasoning in the majority opinion.  I would hold, though, that the indictments sufficiently contain any necessary mens rea by allegations that the offenses were "feloniously" committed.  Historically, the word "feloniously" has meant "[p]roceeding from an evil heart or purpose; done with a deliberate intention of committing a crime."  Black's Law Dictionary 617 (6th ed. 1990).  As our supreme court has previously noted, "one meaning attached to the word is: 'In a legal sense, done with the intent to commit a crime.'"  State v. Smith, 119 Tenn. 521, 526, 105 S.W. 68, 70 (1907).  Thus, I believe that the indictments include any required mens rea.


                                        _____
                                        Joseph M. Tipton, Judge